IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| Melissa Driggers,<br><br>    Plaintiff,<br><br>v.<br><br>Medicredit, Inc., a Missouri corporation,<br><br>    Defendant. | Case No.:  3:21-cv-00338-HNJ |

## NOTICE OF APPEARANCE

COMES NOW Tazewell T. Shepard IV and hereby gives notice of his appearance on behalf of **Medicredit, Inc.** in the above-referenced matter. The undersigned counsel further requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given to and served upon him at the address below.

Respectfully submitted this the 14th day of April, 2021.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV (ASB-6254-I20V)
*Attorney for Defendant Medicredit, Inc.*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 14th day of April, 2021 served the foregoing document upon David J. Phillips and Mary E. Phillips, *Counsel for the Plaintiff*, Phillips & Phillips, Ltd., 9760 S., Roberts Road, Suite One Palos Hills, IL 60465 and Ronald C. Sykstus, *Counsel for the Plaintiff*, Bond, Botes, Syktus, Tanner & Ezzell, P.C., 225 Pratt Ave., Huntsville, AL 35801 by electronic service through the Court's CM/ECF system.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV