UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MELISSA DRIGGERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.   3:21-cv-00338-HNJ |
| ) | |
| MEDICREDIT, INC., ) | |
| ) | |
| Defendant ) | |

**ORDER**

Defendant filed an unopposed motion to extend the deadline for answering or otherwise responding to Plaintiff's Complaint.  (Doc. 11).  For good cause shown, the court **GRANTS** the motion and **EXTENDS** Defendant's answer deadline by twenty-one (21) days.

**DONE** and **ORDERED** this 14th day of April, 2021.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE